# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE MCGRUDER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | Case No. 20cv1711-MMA (BGS)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On September 1, 2020, Plaintiff Stephanie McGruder filed this social security appeal challenging the denial of her application for social security disability insurance benefits. *See* Doc. No. 1. All matters in this social security appeal are hereby referred to United States Magistrate Judge Bernard G. Skomal for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); CɪᴠLR 72.1.

**IT IS SO ORDERED**.

Dated: September 22, 2020

　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　United States District Judge