UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security, <br><br> Defendant. | Case No. 20-cv-1711-MMA (BGS) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;** <br><br> [Doc. No. 15] <br><br> **GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;** <br><br> [Doc. No. 12] <br><br> **DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND** <br><br> [Doc. No. 13] <br><br> **REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

On September 1, 2020, Plaintiff Stephanie M. ("Plaintiff") filed this social security appeal challenging the denial of her application for social security disability insurance benefits. *See* Doc. No. 1. The Court referred all matters in this action to United States Magistrate Judge Bernard G. Skomal for report and recommendation pursuant to section

636(b)(1)(B) of Title 28 of the United States Code and Civil Local Rule 72.1.  *See* Doc. No. 7.  On July 8, 2021, Plaintiff filed a motion for summary judgment.  Doc. No. 1.  On August 9, 2021, Defendant Kilolo Kijakazi, Commissioner of Social Security,[1] filed a cross motion for summary judgment.  Doc. No. 13.  Judge Skomal has issued a detailed and well-reasoned report, recommending the Court deny Defendant's summary judgment motion, grant Plaintiff's summary judgment motion, and remand the case for further administrative proceedings.  Doc. No. 15 ("Report and Recommendation").  Neither party has objected to the Report and Recommendation, and the time for doing so has expired.

The duties of the district court in connection with a magistrate judge's report and recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  Where the parties object to a report and recommendation, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made."  28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).  When no objections are filed, the district court need not review the report and recommendation de novo.  *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).  A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006).

The Court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.  Upon due consideration, the Court **ADOPTS** Judge Skomal's Report and Recommendation, **DENIES** Defendant's motion for summary judgment, and **GRANTS** Plaintiff's motion for summary judgment.

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security.  Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.  No further action needs to be taken, pursuant to the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Accordingly, the Court **REMANDS** this matter to the Social Security Administration for further administrative proceedings consistent with this Court's Order and Judge Skomal's Report and Recommendation.  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

Dated: April 25, 2022

HON. MICHAEL M. ANELLO
United States District Judge