# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE M.,<br><br>             Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>             Defendant. | Case No. 20-cv-1711-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>[Doc. No. 18] |

On September 1, 2020, Plaintiff Stephanie M. ("Plaintiff") filed this social security appeal challenging the denial of her application for social security disability insurance benefits. *See* Doc. No. 1.  On July 8, 2021, Plaintiff filed a motion for summary judgment.  Doc. No. 12.  On August 9, 2021, Defendant Kilolo Kijakazi, Commissioner of Social Security,[1] filed a cross motion for summary judgment.  Doc. No. 13. Ultimately, the Court granted Plaintiff's motion and remanded the action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C.

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security.  Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.  No further action needs to be taken, pursuant to the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

§ 405(g).  *See* Doc. No. 16.  The parties now jointly move for an award to Plaintiff of attorney's fees in the amount of $7,500 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  *See* Doc. No. 18.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Plaintiff be awarded attorney's fees in the amount of $7,500 subject to the terms set forth in the joint motion.

**IT IS SO ORDERED**.

Dated: May 11, 2022

Hon. Michael M. Anello
United States District Judge